# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131090

JOHN FODERA and SABRINA FODERA,
     Plaintiffs-Appellants,

v

                               SC: 131090
                               COA: 259097

KEENAN VAN LOBBS and KYLEE
LYNN LOBBS,
          Defendants-Appellees.

                               Genesee CC: 03-076302-NI

_____/

       On order of the Court, the application for leave to appeal the January 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       CAVANAGH and KELLY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

d0920

_____
                 Clerk